**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
**(THE HONORABLE JUDGE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>    v.<br><br>PABLO FERNANDO OROPEZA,<br>    Defendant. | Case No. 19CR4330-JLS<br><br>**ORDER GRANTING UNOPPOSED MOTION TO EXTEND SELF-SURRENDER DATE** |

**IT IS HEREBY ORDERED** that the unopposed motion to extend the self-surrender date in the above-entitled matter is hereby **GRANTED**, and that Pablo Fernando Oropeza's self-surrender date presently set for January 8, 2021 be continued to February 19, 2021.

**IT IS FURTHER ORDERED** that the Status Hearing presently set for January 15, 2021 is continued to February 26, 2021 at 9:00 AM.

**SO ORDERED.**

Dated: January 4, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

---

*Order,*
U.S. v. Oropeza, Case No. 19RCR4330-JLS